# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ERIC A. TERRILL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED REVENUE CORPORATION, <br><br> Defendant. | Case No. 4:19-cv-00531-SDJ <br><br> Honorable Judge Sean D. Jordan |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric A. Terrill and Defendant United Revenue Corporation through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: July 29, 2020                                                  Respectfully Submitted,

**ERIC A. TERRILL**                                                     **UNITED REVENUE CORPORATION**

*/s/ Marwan R. Daher*                                                   */s/ Zachary C. Farrar (with consent)*
Marwan R. Daher                                                         Zachary C. Farrar
*Counsel for Plaintiff*                                                 *Counsel for Defendant*
Sulaiman Law Group, LTD                                                 Wick Phillips Gould & Martin, LLP
2500 S. Highland Ave., Ste. 200                                         100 Throckmorton Street, Suite 1500
Lombard, Illinois 60148                                                 Fort Worth, Texas 76102
Phone: (630) 575-8181                                                   Phone: (817) 332-7788
mdaher@sulaimanlaw.com                                                  zachary.farrar@wickphillips.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher